UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | (J.         ) |
| LAWRENCE S. HERMAN | : | |
| Defendant | : | |

## INFORMATION

The U.S. Attorney Charges:

### COUNT ONE
(False Statements in Health Care Matters)

Between January and October of 2012, in the Middle District of Pennsylvania and elsewhere, the defendant,

**LAWRENCE S. HERMAN,**

in a matter involving a health care benefit program, did knowingly and willfully falsify, conceal, and cover up by trick, scheme, and device a material fact, and did make and cause to be made, materially false, fictitious, and fraudulent statements, and did knowingly and willfully make and use, and cause to be made and used, materially false writings and documents knowing same to contain materially false, fictitious, and fraudulent statements and entries, in connection with the delivery of and payment for health care benefits, items, and services; to wit, in that HERMAN

created, caused to be created, and submitted false and fictitious treatment records, letters, and invoices for chiropractic services supposedly provided to HERMAN by a nonexistent business entity to the United States Automobile Association (USAA), in connection with HERMAN's claim for personal injury damages stemming from an August 2011 automobile accident.

**All in violation of Title 18, United States Code, Section 1035.**

_____  per AUSA KDD
**PETER J. SMITH**
**United States Attorney**
**Middle District of Pennsylvania**

Date: 11-4-13

2